JOHN MORETTI and Others, Copartners, etc., Respondents, v. THE HECKSCHER FOUNDATION FOR CHILDREN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied, with ten dollars costs. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ANN ODES and BOSILIA, INC., Appellants, v. TROIA REALTY COMPANY, Respondent, and Others, Defendants; LEOPOLD SCHEPP FOUNDATION, Intervening Defendant.— Motion to resettle order denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

WILLIAM PIERON, Appellant, v. MANHATTAN AND QUEENS TRACTION CORPORATION and CITY OF NEW YORK, Respondents; NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

VINCENZO ROSSANO, Appellant, v. MARY DEL GIORNO and ZACHARY T. DEL GIORNO, Respondents, and ANGELO SERINO and Others, Defendants.— Motion for resettlement denied. Motion for reargument denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GEORGE E. F. SAUM, Respondent, v. CAPITAL REALTY DEVELOPMENT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOHN SWEENEY, Respondent, v. JOHN E. BOYER, Appellant; THOMAS J. BOLAND and JOHN H. BORGER, Defendants.— Motion to compel respondent to make restitution granted and matter remitted to Hon. Joseph Morschauser, official referee, to take proof and report to the court as to the reasonable value of the property at the time of the seizure by the sheriff; upon the coming in of the report such other and further order or judgment will be made in the premises as may seem proper. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

RUTH R. YOUNG, Respondent, v. LEWIS G. YOUNG, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.